GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Richard A. Edlin
David E. Sellinger
Todd L. Schleifstein
Y. Charles Shin
(973) 360-7900
(973) 301-8410 (fax)

Attorneys for Defendant
LG Electronics U.S.A., Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENNIS JUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS USA, INC.,<br><br>Defendant. | 17 Civ. 3664 (WJM) (MF)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is

hereby dismissed with prejudice, with each party to bear his, her or its own costs.

| | |
|---|---|
| WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP | GREENBERG TRAURIG, LLP |
| 270 Madison Avenue<br>New York, New York 10016<br>(212) 545-4600 | 500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932<br>(973) 360-7910 |
| Attorneys for Plaintiffs | Attorneys for Defendant<br>LG Electronics U.S.A., Inc. |
| BY: /s/ *Matthew M. Guiney*<br>    Matthew M. Guiney | BY:/s/ *David E. Sellinger*<br>    Richard A. Edlin<br>    David E. Sellinger |
| Dated: March 28, 2018 | Dated: March 28, 2018 |

CHIMICLES & TIKELLIS LLP

One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
(610) 642-8500

Attorneys for Plaintiffs

BY: /s/ *Benjamin F. Johns*
    Benjamin F. Johns

Dated: March 28, 2018

SO ORDERED:

_____
William G. Martini
United States District Judge    3/29/18